**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 21 2019

BY
DEPUTY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____Beaumont_____ DIVISION

Johnny Ray Roulett #02157858
(Plaintiff)

Case Number: 1:19cv513

vs

Smith County, ETAL
100 N Broadway Ave Tyler, TX 75702
(Defendant)

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, __Johnny Ray Roulett__, respectfully moves this Honorable Court to appoint an attorney to represent him/her in this suit.

1. List two(2) attorneys who have refused to represent you without payment.

   Law Offices of Steven Williams  802 W Bus Hwy 380 Decatur, TX 76234
   Mithoff Law  One Allen Center Penthouse Suite 3450  500 Dallas St. Houston, TX 77002

2. Are you unable to pay an attorney to represent you?  Yes ✓   No ____

_Johnny Ray Roulett_ #02157858
(Signature of Applicant)

10-14-2019
(Date)